UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MELISSA A. BOLDEN,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:20-cv-225

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 13); (2) AFFIRMING THE COMMISSIONER'S NON-DISABILITY FINDING; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

    This Social Security case is before the Court on the Report and Recommendation issued by United States Magistrate Sharon L. Ovington (doc. no. 13), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Judge Ovington recommended that the Commissioner's non-disability finding be affirmed.  Plaintiff did not file objections to the Report and Recommendation.  As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all filings in this matter.

    Upon careful *de novo* consideration of the foregoing, the Court determines that the Report and Recommendation (doc. no. 13) should be adopted.  Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (doc. 13) is **ADOPTED** in full; (2) the Commissioner's non-disability determination is **AFFIRMED**; and (3) this case is **TERMINATED** on the docket of this Court.

1

**IT IS SO ORDERED.**

August 10, 2021               s/ Michael J. Newman
                              Hon. Michael J. Newman
                              United States District Judge