# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Melissa A. Bolden <br> *Plaintiff* <br> v. <br> Commissioner of Social Security <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. 3:20-cv-00225 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: the Report and Recommendation is ADOPTED in full; (2) the Commissioner's non-disability determination is AFFIRMED; and (3) this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on a motion for Report and Recommendations.

Date: 8/10/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*